IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
(WESTERN DIVISION)

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | 5:17-CR-00343-D-1 |
| JOANNA LI WILDS. | |

## ORDER

THIS COURT, having reviewed the *Motion Requesting to be Excused from Court Appearance* filed by Andrew C. Brooks, Esq., local counsel for the Defendant in the above-styled case, finds that Mr. Brooks' presence will not be required. The Defendant will be represented by counsel Murdoch Walker, II, Esq. at the June 14, 2018 hearing.

WHEREFORE, Mr. Brooks is hereby excused from attending the June 14, 2018 hearing scheduled in the above-styled case.

This the __29__ day of May, 2018.

JAMES C. DEVER III
Chief United States District Judge